**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7611

FRANK MOORE,

Plaintiff - Appellant,

versus

BUNCOMBE COUNTY; KATE DREHER, Assistant
District Attorney,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Senior
District Judge. (CA-05-294-1)

Submitted: February 23, 2006          Decided: March 3, 2006

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frank Moore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Frank Moore appeals the district court's order denying his motion to reconsider the dismissal of his 42 U.S.C. § 1983 (2000) action and motion for a temporary restraining order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moore v. Buncombe County, No CA-05-294-1 (W.D.N.C. Sept. 29, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED